IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK THOMAS JONES**                                                   **PLAINTIFF**

**v.**                                   **Case No. 4:25-cv-00095-LPR**

**DIAMOND LAW FIRM,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is

CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED

without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 21st day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE